UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-3479

Atkinson

vs.

Taylor, et al.

Fred Way, Appellant

(Delaware District Civil No. 99-cv-00562)  JJF

O R D E R

    In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure with each party to pay its own costs.

A True Copy:

_Marcia M. Waldron_
_____
Marcia M. Waldron,
Clerk

_Marcia M. Waldron_

Clerk
United States Court of Appeals
for the Third Circuit

Date: February 28, 2005

cc:
    Gregory E. Smith, Esq.
    Richard H. Morse, Esq.