# STATE OF DELAWARE
# DEPARTMENT OF JUSTICE

M. JANE BRADY
ATTORNEY GENERAL
Carvel State Building
820 N. French Street
Wilmington, Delaware  19801
(302) 577-8500

Office of the Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

June 7, 2005

Re:     *Atkinson v. Taylor, et al.*
        Civ. A. No. 99-562-JJF

Dear Ms. Bolton:

Defendant does not wish to retrieve trial exhibits from the above-captioned case.  Please accept this letter as written consent to discard defense trial exhibits.

    Respectfully,

    /s/ Gregory E. Smith
    Deputy Attorney General